UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

          -v-                        :    S1 02 Cr. 940 (RPP)

JAIME GAMEZ,                        :
     a/k/a "Jimmy,"
                    Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

    WHEREAS a Grand Jury sitting in this District returned a true bill in the above-captioned matter on or about July 18, 2002, and

    WHEREAS that true bill was previously ordered sealed, and

    WHEREAS, the defendant was arrested in Colombia and extradited to the United States on the charges in this case, and is now present in this District;

    WHEREAS the Government has applied for the above-captioned true bill to be unsealed,

    IT IS HEREBY ORDERED that the above-captioned true bill be and hereby is UNSEALED.

                                   _____
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK

Dated:   New York, New York
         September 3, 2008

MICROFILMEI
SEP - 4 2008 9:00 AM
TOTAL P.03