UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAIME GAMEZ,
    a/k/a "Jimmy,"

        Defendant.

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
02 Cr. 940 (RPP)

TO:    Clerk of Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney for the
    Southern District of New York

    by: /s/ Amie N. Ely
        Amie N. Ely
        Assistant United States Attorney
        (212) 637-2214